IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEITH HOPKINS                                                                                          PETITIONER
Reg # 05419-033

v.                              Case No. 2:12-cv-00135 KGB-JTK

ANTHONY HAYNES, Warden,                                                                 RESPONDENT
FCI – Forrest City

## ORDER

The Court has carefully reviewed the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney and the timely objections thereto, as well as a *de novo* review of the record, and the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 9). Mr. Hopkins's motion to compel is denied as moot (Dkt. No. 11). Judgment shall be entered dismissing this case without prejudice.

SO ORDERED this 16th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE