IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEITH HOPKINS**                                                                                            **PETITIONER**
Reg # 05419-033

v.                               Case No. 2:12-cv-00135 KGB-JTK

**ANTHONY HAYNES, Warden,**                                                         **RESPONDENT**
FCI – Forrest City

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the petition for writ of habeas corpus in this case is dismissed without prejudice.

DATED this 16th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE